JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL TRADING GROUP, INC., | CASE NO. CV 10-07311-MMM(CWx) |
| Plaintiffs, | ORDER DISMISSING CIVIL ACTION |
| vs. | |
| U.S. CUSTOMS AND BORDER PROTECTION, ET AL., | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: May 26, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE